UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe,

    Appellant,

v.

University of St. Thomas,

    Appellee.

**METHOD OF APPENDIX PREPARATION**

The parties have agreed to each submit a separate Appendix.

Dated: 04/04/19

MCGRAW LAW FIRM, P.A.

*/s/ Beau D. McGraw*

Beau D. McGraw (ID #31190X)
Attorney for John Doe
10390 39th Street North, Suite 3
Lake Elmo, MM 55042
Telephone: (651) 209-3200
beau@mcgrawlawfirm.com

1