UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe,

        Appellant,

v.

University of St. Thomas,

        Appellee.

**CERTIFICATE AS TO TRANSCRIPT**

Transcripts of the proceedings held on January 26, 2017; July 17, 2018; and November 13, 2018, in the above-entitled action were requested by counsel for the Appellant on April 4, 2019. The estimated date of completion is within 14 days of today's date. Upon being contacted by the court reporters, Appellant will make payment for said transcripts.

Dated: <u>April 4, 2019</u>

MCGRAW LAW FIRM, P.A.

Beau D. McGraw (ID #31190X)
Attorney for John Doe
10390 39th Street North, Suite 3
Lake Elmo, MM 55042
Telephone: (651) 209-3200
beau@mcgrawlawfirm.com

1