UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

| | |
|---|---|
| John Doe,<br><br>      Appellant,<br><br>v.<br><br>University of St. Thomas,<br><br>      Appellee. | Case No. 19-1594<br><br>**CERTIFICATE OF SERVICE** |

---

I hereby certify that on April 4, 2019, I caused the following documents:

1. Method of Appendix Preparation;
2. Certificate as to Transcript

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    David A. Schooler, counsel for University of St. Thomas
    Ellen A. Brinkman, counsel for University of St. Thomas
    Maren F. Grier, counsel for University of St. Thomas
    Jenny Gassman-Pines, counsel for Jane Doe

Dated: April 4, 2019                                      **/s/ Beau D. McGraw**

                                                                                   Beau D. McGraw