UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: John Doe vs. University of St. Thomas

The Clerk will enter my appearance as Counsel in Appeal No. 19-1594 for the following party(s): (please specify)

> John Doe

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Eric J. Rosenberg   s/: Eric J. Rosenberg

Firm Name: Rosenberg & Ball Co. Lpa

Business Address: 395 North Pearl Street

City/State/Zip: Granville, Ohio 43023

Telephone Number (Area Code): 740 644 1027

Email Address: erosenberg@rosenbergball.com

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 4/30/19, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: