# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Beau Daniel McGraw |
| **CC:** | Ms. Ellen A Brinkman |
| | Ms. Jenny Gassman-Pines |
| | Ms. Maren F. Grier |
| | Mr. Eric John Rosenberg |
| | Mr. David Arnold Schooler |
| **FROM:** | Amanda M. Trautt |
| **DATE:** | May 14, 2019 |
| **RE:** | 19-1594  John Doe, et al v. Univ. of St. Thomas |

Eighth Circuit Rule 28A(g)(5) requires appellant to submit an electronic version of the addendum with the opening brief. We did not receive an addendum from you at the time you filed your brief, and we cannot file the brief without the addendum. Please review the provisions of 8th Cir. R. 28A(g) and provide an electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

Please do not submit paper copies of the brief and addendum until we have reviewed the addendum and sent you a Notice of Docket Activity informing you that the addendum has been accepted for filing. The paper copies of the brief and the addendum should be filed as a combined document. Please submit the required copies of the brief and addendum within five days of receipt of the Notice of Docket Activity stating the addendum has been filed.

\*\*\*\* The document submitted for review is actually the appendix. The appendix is submitted in paper format only. \*\*\*\*

If you have any questions, please contact our office.