# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

Jane Doe

___

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)

___

**ORDER**

The unopposed motion to seal a portion of the appendix is granted. The Court is hereby sealing the following: Volumes 2 and 3 of Appellant's Appendix.

May 22, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
      /s/ Michael E. Gans