# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 29, 2019

Mr. Beau Daniel McGraw
MCGRAW LAW FIRM
Suite 3
10390 39th Street, N.
Lake Elmo, MN  55042

     RE:  19-1594  John Doe, et al v. Univ. of St. Thomas

Dear Counsel:

     In reviewing the appendix in the above case, we noted the following deficiency(s).
**The following deficiency(s) does not require reproduction of the entire appendix.**

\_\_X \_CERTIFICATE OF SERVICE is missing. Please file a Certificate of Service using the Corrected Certificate of Service event on CM/ECF, within 5 days of the date of this notice, showing service of the appendix on all parties.

                                      Michael E. Gans
                                      Clerk of Court

AMT

cc:    Ms. Ellen A Brinkman
         Ms. Jenny Gassman-Pines
         Ms. Maren F. Grier
         Mr. Eric John Rosenberg
         Mr. David Arnold Schooler