| State of Minnesota | ) | |
|---|---|---|
| | ) SS.SS. | **Affidavit** |
| County of Hennepin | ) | |

### AFFIDAVIT OF MAILING

Stephen M. West, being first duly sworn, states that he is an employee of Bachman Legal Printing, 733 Marquette Avenue, Suite 109, Minneapolis, MN 55402. That on **May 24, 2019**, he prepared the **Brief of Appellant John Doe, Appellant's Appendix – Volume 1** and **Appellant's Confidential Appendix – Volumes 2 & 3 [Filed Under Seal]**, case number **19-1594**, and filed same upon the following attorney(s) or responsible person by enclosing **10, 3 and 3 each** copies, respectively, of same in a properly addressed envelope for shipment by **First Class Mail postage prepaid.**

Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas Eagleton Courthouse, Room 24.329
111 South Tenth Street
St. Louis, MO 63102

Subscribed and sworn to before me on
**May 24, 2019**

Signed _____

Notary Public _____

EDWIN R. MOTCH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

BACHMAN LEGAL PRINTING

Phone (612) 339-9518 ▪ (800) 715-3582
Fax (612) 337-8053 ▪ www.bachmanprint.com
733 Marquette Avenue
Suite 109
Minneapolis, MN 55402

| State of Minnesota | ) | |
|---|---|---|
| | ) | SS.SS. |
| County of Hennepin | ) | |

# Affidavit

## AFFIDAVIT OF SERVICE

Stephen M. West, being first duly sworn, states that he is an employee of Bachman Legal Printing, 733 Marquette Avenue, Suite 109, Minneapolis, MN 55402. That on **May 24, 2019,** he prepared the **Brief of Appellant John Doe, Appellant's Appendix – Volume 1** and **Appellant's Confidential Appendix – Volumes 2 & 3 [Filed Under Seal]**, case number **19-1594**, and served same upon the following attorney(s) or responsible person by enclosing **1** copy of **each** in a properly addressed envelope for shipment by **First Class Mail postage prepaid.**

Mr. David A. Schooler
Ms. Ellen A. Brinkman
Ms. Maren F. Grier
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Subscribed and sworn to before me on
**May 24, 2019**

Signed _____

Notary Public _____

EDWIN R. MOTCH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

BACHMAN LEGAL PRINTING
Phone (612) 339-9518 ■ (800) 715-3582
Fax (612) 337-8053 ■ www.bachmanprint.com
733 Marquette Avenue
Suite 109
Minneapolis, MN 55402