# CERTIFICATE OF COMPLIANCE

I certify *that Appellant John Doe's Response to Minnesota Private College Counsel's Motion For Leave To File An Amicus Brief And For An Extension Of Time To File Their Brief* complies with the type-volume limitation of Fed. R. App. P. 32 because it contains <u>277</u> words. The response also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in proportionally spaced, 14-point Times New Roman font.

/s/Beau D. McGraw
_____

Beau D. McGraw, I.D. No.: 31190X
Attorney for Appellant
10390 39th St. North, Suite 3
Lake Elmo, MN 55042
Telephone: (651) 209-3200
beau@mcgrawlawfirm.com
Counsel for Appellant John Doe

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a copy of the foregoing certificate of compliance was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered parties.

                                              **/s/Beau D. McGraw**
                                              _____
                                              Counsel for Appellant John Doe