# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

Jane Doe

---

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)

---

**ORDER**

The motion to seal is granted. The Court is hereby sealing the following: Volume 2 of Appellee's Appendix.

June 24, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
  /s/ Michael E. Gans