# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

Jane Doe

------------------------------

Minnesota Private College Council

Amicus on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)
___

**ORDER**

Minnesota Private College Council's motion for leave to file an amicus brief and for an extension of time to file the amicus brief is granted. The amicus brief is due July 12, 2019.

Appellant is also granted an extension of time until July 29, 2019 to file a reply brief.

June 26, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans