# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

Jane Doe

------------------------------

Minnesota Private College Council

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)
_____

**ORDER**

The motion for an expedited decision on the motion for leave to file an amicus brief and for extension of time to file the brief is denied as moot.

June 26, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans