Case No. 19-1594

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

JOHN DOE,

*Appellant*,

v.

UNIVERSITY OF ST. THOMAS,

*Appellee*.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
District Court Civil No. 0:16-cv-1127 (JRT/DTS)
District Court Judge Honorable John R. Tunheim

ADDENDUM OF AMICUS CURIAE JANE DOE IN SUPPORT OF APPELLEE
UNIVERSITY OF ST. THOMAS FOR AFFIRMANCE

**GREENE ESPEL PLLP**
Jenny Gassman-Pines, Reg. No. 0386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jgassman-pines@greeneespel.com
(612) 373-0830

Attorneys for Amicus Curiae Jane Doe

# INDEX TO ADDENDUM OF AMICUS CURIAE JANE DOE IN SUPPORT OF APPELLEE UNIVERSITY OF ST. THOMAS FOR AFFIRMANCE

Order Granting Motion to Quash Subpoena
    dated August 21, 2017 ................................................................................1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | CIVIL NO. 16-1127 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| University of St. Thomas, | |
| Defendant. | |

This matter comes before the Court on non-party Jane Doe's Motion to Quash Subpoena for Deposition. Docket No. 71. A hearing was held on August 21, 2017. Jenny Gassman-Pines, Esq., Greene Espel PLLP appeared on behalf of non-party movant Jane Doe. Beau McGraw, Esq., McGraw Law Firm, PA appeared on behalf of Plaintiff John Doe. Ellen Brinkman, Esq., Briggs & Morgan, PA appeared on behalf of Defendant University of St. Thomas. For the reasons stated on the record in the Court's ruling from the bench at the hearing, the motion is GRANTED.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that non-party Jane Doe's Motion to Quash Subpoena for Deposition [Docket No. 71] is GRANTED.

Dated: August 21, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge