# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 01, 2019

Ms. Jenny Gassman-Pines
GREENE & ESPEL
Suite 2200
222 S. Ninth Street
Minneapolis, MN  55402-0000

RE:  19-1594  John Doe, et al v. Univ. of St. Thomas

Dear Counsel:

The amicus curiae brief of Jane Doe has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

AMT

Enclosure(s)

cc: Ms. Ellen A Brinkman
 Ms. Maren M. Forde
 Mr. Beau Daniel McGraw
 Mr. Eric John Rosenberg
 Mr. David Arnold Schooler
 Mr. Sean Robert Somermeyer
 Mr. Joshua N. Turner

District Court/Agency Case Number(s):  0:16-cv-01127-JRT