ATTORNEY
BEAU D. MCGRAW*√

**MCGRAW LAW FIRM, P.A.**
FINDING JUSTICE ONE CASE AT A TIME

651.209.3200
WWW.MCGRAWLAWFIRM.COM

10390 39TH STREET NORTH SUITE 3
LAKE ELMO, MINNESOTA 55042

LEGAL ASSISTANT
MELISSA M. SCHULTZ

July 16, 2019

Clerk of Court
United States Court of Appeals
*For the Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:   John Doe v. University of St. Thomas
      Appeal Case Number: 19-1594

Dear Clerk of Court:

The purpose of this correspondence is to provide the Court with the dates that the undersigned and Mr. Rosenberg are unavailable for oral argument relative to the above-referenced matter. Please be advised that the following is a list of the dates that either I or Mr. Rosenburg are unavailable:

- September 23 – 27, 2019;
- October 17, 2019;
- April 13 – 17, 2019;
- May 11 – 15, 2019; and
- June 15 – 19, 2019

Thank you so much for your time and attention to this matter.

Very truly yours,

MCGRAW LAW FIRM, P.A.

Beau D. McGraw

√ MEMBER OF AMERICAN TRIAL LAWYERS ASSOCIATION
* ALSO LICENSED FOR PRACTICE IN FLORIDA