# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

------------------------------

Jane Doe and Minnesota Private College Council

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)

---

**ORDER**

Appellant has submitted a 6,948 word reply brief which exceeds the 6,500 word limit established in Federal Rule of Appellate Procedure 32(a)(7)(A)(ii). The brief is stricken, and appellant is granted to July 29, 2019 to file a brief which complies with the limit. See 8th Circuit Rule 28A(k).

July 16, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans