# Appeal Case No. 19-1594

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHT CIRCUIT

*JOHN DOE, APPELLANT*
*v.*
*UNIV. OF ST. THOMAS, APPELLEE*

_____

Appeal from the United States District Court of Minnesota
Case No: 16-cv-1127 (JRT/DTS)

---

## APPELLANT JOHN DOE'S MOTION FOR LEAVE
## TO FILE A SEPARATE REPLY BRIEF TO THE AMICUS BRIEF OF
## MINNESOTA PRIVATE COLLEGE COUNCIL

---

For Appellant John Doe:

Beau D. McGraw
McGraw Law Firm, P.A.
10390 39th St. North, Suite 3
Lake Elmo, MN 55042
651.209.3200 phone
beau@mcgrawlawfirm.com


Eric J. Rosenberg (0069958)
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, Ohio 43023
740.644.1027 phone
erosenberg@rosenbergball.com

Appellant John Doe ("Appellant") respectfully requests this Court grant Appellant's motion to file a separate reply to the Amicus Brief of Minnesota Private College Council.

The Amicus Brief of Minnesota Private College Council raises issues, and if This Court is at all going to consider such issues, Appellant should be allowed to reply to the same. Any other result would not be fair to Appellant. Further, due to the length and content of Minnesota Private College Council's Amicus Brief, it would be next to impossible for Appellant to properly prepare a reply brief to include a comprehensive reply to both the Appellee's Responsive Brief and the Amicus Brief of Minnesota Private College Council in one document with a 6,500 word count. As such, Appellant hereby seeks leave from This Court, allowing him to file a separate reply brief to the Amicus Brief of Minnesota Private College Council.

Dated: July 30, 2019

**MCGRAW LAW FIRM, P.A.**

**/s/Beau D. McGraw**
_____

Beau D. McGraw, I.D. No.: 31190X
Attorney for Appellant
10390 39th Street North, Suite 3
Lake Elmo, MN 55042
Telephone: (651) 209-3200
beau@mcgrawlawfirm.com

2

Appellate Case: 19-1594     Page: 2     Date Filed: 07/30/2019 Entry ID: 4813646

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure, I hereby certify that this brief is proportionally spaced, 14-point Times New Roman font. Per Microsoft Word software, the motion contains 147 words, excluding those parts exempted by Federal Rule of Appellate Procedure.

*/s/ Beau D. McGraw*
Counsel for Plaintiff-Appellant John Doe

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, a copy of the foregoing MOTION was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered parties.

>*/s/ Beau D. McGraw*
>Beau D. McGraw, I.D. No.: 31190X
>Attorney for Appellant

and

A copy of the forgoing was served on all attorneys via US Mail this 30th day of July, 2019.

>David A. Schooler;
>Ellen A. Brinkman
>Maren Forde; and
>Michael M. Sawers
>2200 IDS Center
>80 South Eighth Street
>Minneapolis, Minnesota 55402-2157
>
>Sean R. Somermeyer
>Joshua N. Turner
>Faegre Baker Daniels, LLP
>90 South 7th Street, Suite 2200
>Minneapolis, MN 55402
>
>Jenny Gassman-Pines
>Greene Espel, PLLP
>222 South Ninth Street
>Suite 2200
>Minneapolis, MN 55402

*/s/Beau D. McGraw*
_____

Beau D. McGraw, I.D. No.: 31190X
Attorney for Appellant