# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

Univ. of St. Thomas

Appellee

------------------------------

Jane Doe and Minnesota Private College Council

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)
_____

**ORDER**

Beau Daniel McGraw's motion for leave to file a separate reply brief to the Amicus Brief of Minnesota Private College Council is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

July 31, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans