

September 24, 2019

**Maren M. Forde**
(612) 977-8829
mforde@briggs.com

Clerk of Court
United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street St. Louis, MO 63102

Re: **John Doe v. University of St. Thomas**
**Appeal Case No: 19-1594**

Dear Clerk of Court:

The purpose of this correspondence is to provide the Court with the dates that counsel for the University of St. Thomas (the undersigned and Mr. Schooler) are unavailable for oral argument relative to the above-referenced matter. Please be advised that the following is a list of the dates that either I or Mr. Schooler are unavailable:

October 14-18, 2019;
November 11-15, 2019;
December 9-13, 2019; and
January 13-17, 2020.

Thank you for your attention to this matter.

Sincerely,

Maren M. Forde

MMF/amw

Briggs and Morgan, Professional Association
Affirmative Action, Equal Opportunity Employer

12085965v1