

FINDING JUSTICE ONE CASE AT A TIME

MCGRAW LAW FIRM, P.A.

ATTORNEY
BEAU D. MCGRAW*√

651.209.3200
WWW.MCGRAWLAWFIRM.COM

10390 39TH STREET NORTH SUITE 3
LAKE ELMO, MINNESOTA 55042

LEGAL ASSISTANT
MELISSA M. SCHULTZ

September 25, 2019

Clerk of Court
United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: John Doe v. University of St. Thomas
     Appeal Case Number: 19-1594

Dear Clerk of Court:

The purpose of this correspondence is to provide the Court with the dates that the undersigned is unavailable for oral argument relative to the above-referenced matter. Please be advised that the following is a list of dates that I am unavailable:

October 30-31, 2019;
November 1-8, 2019; and
November 20, 2019.

Thank you so much for your time and attention to this matter.

Very truly yours,

**MCGRAW LAW FIRM, P.A.**

**/s/Beau D. McGraw**

Beau D. McGraw

√ MEMBER OF AMERICAN TRIAL LAWYERS ASSOCIATION
* ALSO LICENSED