**Appeal Case No. 19-1594**

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

John Doe,

*Plaintiff-Appellant*,

v.

University of St. Thomas,

*Defendant-Appellee*.

---

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

The undersigned hereby notifies the Court and counsel that Defendant-Appellee University of St. Thomas will continue to be represented by David A. Schooler, Ellen A. Brinkman, and Erin S. Conlin who now practice with the law firm of Nilan Johnson Lewis P.A. instead of Briggs & Morgan PA, which firm as of January 1, 2020 merged with Taft Stettinius & Hollister LLP and is now called Taft Stettinius & Hollister LLP. Accordingly, effective immediately, all further notices, pleadings, and communications concerning this matter should be directed to David A. Schooler, Ellen A. Brinkman, and Erin S. Conlin at the address listed below.

Dated: February 18, 2020     NILAN JOHNSON LEWIS PA

By: *s/David A. Schooler*
    David A. Schooler – Reg. No. 0225782
    Ellen A. Brinkman – Reg. No. 0386578
    Erin S. Conlin – Reg. 0400036
250 Marquette Avenue South, Suite 800
Minneapolis, Minnesota 55401
Phone: 612-305-7500
Fax:    612-305-7501
dschooler@nilanjohnson.com
ebrinkman@nilanjohnson.com
econlin@nilanjohnson.com

**Attorneys for Appellee University of St. Thomas**