ROSENBERG & BALL CO., LPA

ERIC ROSENBERG, ESQ.
Direct Dial: 740.644.1027
erosenberg@rosenbergball.com

February 18, 2020

Clerk Of Court
United States Court of Appeals For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

RE: John Doe v. University of St. Thomas, Appeal Case No. 19-1594

Dear Clerk of Court:

The purpose of this correspondence is to provide the Court with the dates counsel for Appellant John Doe (the undersigned and Mr. McGraw) are unavailable for oral argument relative to the above-referenced matter on the following dates in 2020. Specifically, Appellant's counsel are unavailable on: April 2, 3, 14-17, 20, 24, 28-29, and May 7-15.

I thank you in advance for your attention to this matter.

Sincerely,

/s/ Eric Rosenberg

Eric Rosenberg