_____

No: 19-1594
_____

John Doe

Plaintiff - Appellant

v.

University of St. Thomas

Defendant - Appellee

------------------------------

Jane Doe

Movant - Amicus on Behalf of Appellee(s)

Minnesota Private College Council

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)
_____

**JUDGMENT**

Before GRUENDER, WOLLMAN and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

    Appellant's motion for leave to file a separate reply brief to the amicus brief of Minnesota Private College Council is denied.

August 28, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans