# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1594

John Doe

Appellant

v.

University of St. Thomas

Appellee

------------------------------

Jane Doe and Minnesota Private College Council

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-01127-JRT)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/28/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 18, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit